1 | STEVEN J. KATZMAN
United States Trustee
2 | **Michael Hauser (Bar No. 140165)**
**Attorney for the United States Trustee**
3 | OFFICE OF THE U.S. TRUSTEE
RONALD REAGAN FEDERAL BUILDING
4 |     and U.S. COURTHOUSE
411 West Fourth Street, Suite 9041
5 | Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
6 | Facsimile: (714) 338-3421

7

8 |                  UNITED STATES BANKRUPTCY COURT
                  CENTRAL DISTRICT OF CALIFORNIA
9 |                     SANTA ANA DIVISION

10

11 | In Re:                        )    Chapter 7
                                 )
12 |                              )    Case No: **SA 05-20790-JB**
    **BLAIR CARMICHAEL AND**      )
13 | **ELIZABETH YAZUNZA-CARMICHAEL** )    NOTICE OF MOTION AND MOTION TO
                                 )    DISMISS CASE UNDER § 707(b) OF THE
14 |                              )    BANKRUPTCY CODE; POINTS AND
                                 )    AUTHORITIES; DECLARATION OF
15 |                              )    MICHAEL HAUSER
                                 )
16 |                              )    DATE: **March 14, 2006**
                                 )    TIME: **10:30 A.M.**
17 | _____ Debtors ____ )    CTRM:   **"5B"**

18

19 | TO THE HONORABLE JAMES N. BARR, UNITED STATES BANKRUPTCY JUDGE;
    DEBTORS; AND CHAPTER 7 TRUSTEE:

20

21 |     **PLEASE TAKE NOTICE** that on **March 14, 2006**, at **10:30 a.m.**, or as

22 | soon thereafter as the matter may be heard before the Honorable James

23 | N. Barr, United States Bankruptcy Judge, Courtroom **"5B"**, Ronald Reagan

24 | Federal Building & United States Courthouse, 411 West Fourth Street,

25 | Santa Ana, California, the United States Trustee for Region 16

26 | (Central District of California) (hereinafter referred to as the "U.S.

27 | Trustee") will request that this case be dismissed under §707(b) of

28 | the Bankruptcy Code based on the Debtors' ability to pay 94% of their

1 | unsecured debt within 36 months.

2 | This request is made pursuant to the supervisory duties of the

3 | United States Trustee as set forth in 28 U.S.C. § 586(a)(3) and

4 | 11 U.S.C. § 707(b).

5 | This motion is based upon this Notice of Motion and Motion, the

6 | attached Declarations, the attached Points and Authorities, the

7 | attached Exhibits, the pleadings and documents on file herein, upon

8 | oral argument as will be presented at the time of hearing, and upon

9 | such other evidence, both oral and documentary, as may be presented at

10 | the time of the hearing.

11 | ANY OPPOSITION, JOINDER OR OTHER RESPONSIVE PLEADING TO THIS

12 | NOTICE OF MOTION AND MOTION MUST BE FILED, IN WRITING, AND SERVED ON

13 | THE UNITED STATES TRUSTEE AND OTHER PARTIES ENTITLED TO SERVICE

14 | THEREOF AT LEAST FOURTEEN (14) DAYS BEFORE THE DATE SET FOR THE

15 | HEARING ON THIS MOTION, AS REQUIRED BY LOCAL BANKRUPTCY RULE 9013-

16 | 1(a)(7)&(11).

17 |                              Respectfully submitted,
                                 OFFICE OF THE U.S. TRUSTEE

18 |

19 | Dated: _1/20/06_           _Michael Hauser_
                                 Michael Hauser
20 |                              Attorney For the United States Trustee

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1                                         I.

2                             STATEMENT OF FACTS

3   A.   **Filing of Debtors' Bankruptcy Papers**

4        The Debtors filed their  voluntary Chapter 7 petition on October

5        14, 2005. **See Exhibit "A"**.  The Debtors filed their schedules

6        and statement of financial affairs ("SOFA") on October 27,

7        2005[1]. **See Exhibit "B"**.

8   B.   **Debtors' Schedules I and J**

9        According to Schedule I, the Debtors have net take home pay of

10       $4,939 per month.  **See Exhibit "B", Bates stamp page 25**.

11       According to Schedule J, the Debtors have total monthly expenses

12       of $3,991. **See Exhibit "B", Bates stamp page 26.**

13  C.   **Debtors' General Unsecured Debt and Priority Unsecured Debt**

14       The Debtors' schedule F lists general unsecured debt in the

15       amount of $62,630. **See Exhibit "B", Bates stamp pages 18-22.**

16       According to the face page of their petition, these debts are

17       consumer in nature.  **See Exhibit "A", Bates stamp page 1.**  The

18       Debtors' Schedule E lists no priority unsecured debt. **See Exhibit**

19       **"B", Bates stamp page 17.**

20  D.   **Debtors' Modified Schedule J**

21       **(I) Recreation Expenses**

22       The Debtor's Schedule J lists monthly recreation expenses in the

23       amount of $680.  However, based on the case law set forth below

24

25       _____

         [1]    The U.S. Trustee requests that the Court take judicial
26       notice of its own files pursuant to FRE 201, which is applicable in
         bankruptcy cases through FRBP 9017, including the Debtors' petition
27       which was filed with this court on October 14, 2005, and their
         schedules and statement of financial affairs which were filed with
28       this court on October 27, 2005.

1  the U.S. Trustee proposes to reduce this expense to $100 per
2  month.

3  **(II) Payment of MasterCard Debt**

4  Additionally, On November 30, 2005, the Debtors testified at
5  their 341(a) meeting of creditors that their monthly payment of
6  $100 to MasterCard listed on their Schedule J was for unsecured
7  debt listed on Schedule F.  Accordingly, this expense item should
8  be eliminated.

9  Based on the above proposed reductions in recreation expenses and
10  the elimination of the payment on the MasterCard unsecured debt,
11  the Debtors' modified Schedule J will be $3,311.

12 E.  **Debtors' Surplus Income**

13  Thus, the Debtors will have monthly surplus income of $1,628
14  ($4,939-$3,311) or $58,608  over a three year plan.  This would
15  allow for a 94% repayment of the Debtors' Schedule F debt.

16

17  **II.**

18  **POINTS AND AUTHORITIES**

19  Section 707(b) of the Bankruptcy Code (hereafter all references
20  are to the Bankruptcy Code unless otherwise stated) permits dismissal
21  of a Chapter 7 case filed by an individual where the debts are
22  primarily consumer debts and the granting of relief would be a
23  substantial abuse of the provisions of Chapter 7.

24  Section 707(b) provides as follows:

25         (b)  After notice and a hearing, the court on its
     own motion or on a motion by the United States
26  trustee, but not at the request or suggestion of
     any party in interest, may dismiss a case filed
27  by an individual debtor under this chapter whose
     debts are primarily consumer debts if it finds
28  that the granting of relief would be a
     substantial abuse of the provisions of this

-4-

chapter.   There shall be a presumption in favor
of granting the relief requested by the debtor.
In making a determination whether to dismiss a
case under the section, the court may not take
into consideration whether a debtor has made, or
continues to make, charitable contributions (that
meet the definition of "charitable contribution"
under   section   548(d)(3)   to   any   qualified
religious or charitable entity or organization
(as that term is defined in section 548(d)(4).

## A.   **Substantial Abuse**

Although "substantial abuse" is not defined in Section 707(b),[2] the leading Ninth Circuit case is In re Kelly, 841 F.2d 908 (9th Cir. 1988) which articulates an "ability to pay" standard.[3] Citing favorably to In re Cord, 68 B.R. 5 (Bankr. W.D. Mo. 1986) (debtors who are able to pay their debts neither need nor deserve protection of Chapter 7), In re Hudson, 56 B.R. 415 (Bankr. N.D. Ohio 1985) (substantial abuse occurs whenever debtor has ability to repay substantial portion of his debts under Chapter 13), and In re Edwards, 50 B.R. 933 (Bankr. S.D. N.Y. 1985) (ability to pay principal amount of debt in three years is per se substantial abuse), the Ninth Circuit in Kelly held that "[w]e find this approach fully in keeping with Congress's intent in enacting section 707(b), and accordingly adopt it."   Kelly at page 915.

In determining a debtor's ability to repay debts for purposes of applying Section 707(b), the Ninth Circuit in Kelly suggests applying

---

[2]    The Sixth Circuit in In re Krohn, 886 F.2d 123 (6th Cir. 1989), stated that "[t]hose courts which have reviewed the legislative history, have generally concluded that, in seeking to curb 'substantial abuse,' congress meant to deny Chapter 7 relief to the dishonest or non-needy debtor."   Krohn at page 126.

[3]    The Ninth Circuit in Kelly also stated that "[t]his is not to say that inability to pay will shield a debtor from Section 707(b) dismissal where bad faith is otherwise shown."   Kelly at page 915. Thus, the Ninth Circuit also addressed the "dishonest debtor" situation and impliedly adopted a "totality of circumstances" test for appropriate cases.   See In re Lenartz, 263 B.R. 331, 339 (Bkrtcy. D. Idaho 2001).

1   the same test that a bankruptcy court would otherwise use in Chapter
2   13 for determining whether a debtor's claimed expenses qualify as
3   "'reasonably necessary ... for maintenance or support of the debtor or
4   a dependent of the debtor.'" <u>Kelly</u> at 915 n. 9 (quoting 11 U.S.C.
5   Section 1325(b)(2)(A)).

6        In the instant case, as a matter of law, this Court has the
7   discretion to reduce the Debtors' recreation expenses. <u>Kelly</u>, <u>supra</u>,
8   at 915 n. 9.   The notion that recreation costs should be borne by
9   debtors and not funded by creditors has a great deal of support in the
10  law.  <u>See</u>, <u>e.g.</u>, <u>In re Gillead</u>, 171 B.R. 886, 892 (Bankr. E.D. Cal.
11  1994); <u>In re Braithwaite</u>, 192 B.R. 882, 885 (Bankr. N.D. Ohio 1996).
12  Accordingly, the proposed reduction of $580 in the Debtors' non-
13  essential recreation expenses is supported by law.  Additionally, the
14  Debtors testified at their 341(a) meeting of creditors that the
15  monthly payment of $100 to MasterCard listed on their Schedule J was
16  for unsecured debt listed on Schedule F.  Accordingly, this expense
17  item should also be eliminated.

18  **B.    Primarily Consumer Debts**

19       The Debtors' petition and schedules list general unsecured
20  creditors with claims totaling $62,630.  According to the face page of
21  their petition, these debts are consumer in nature.  Thus, the second
22  test for § 707(b) is met.

23  **C.    Ability To Pay**

24       No minimum percentage amount has been set statutorily or by case
25  law as to the percentage required to meet the substantial abuse
26  requirement.  In <u>In re Gomes</u>, 220 B.R. 84 (9th Cir. BAP 1998) the
27  Bankruptcy Appellate Panel upheld a dismissal under § 707(b) where the
28  debtor could pay 43% of his debts within three years.     There are

1  cases that support a much lower percentage of repayment.  See In re

2  Laman, 221 B.R. 379, 383-384 (Bankr. N.D. Tex. 1998) (disposable

3  income of $635 per month would pay back 25% of unsecured creditors in

4  three years), quoting In re Carlton, 211 B.R. at 477; In re Carlton,

5  211 B.R. 468, 479 (Bankr. W.D.N.Y. 1997) (substantial abuse indicated

6  where the debtors could pay 17% of their unsecured debts over a period

7  of 36 months in Chapter 13); In re Vianese, 192 B.R. 61, 71 (Bankr.

8  N.D.N.Y. 1996)(substantial abuse indicated where the debtors, with

9  elimination of unnecessary expenses, possibly could pay 19% of their

10  unsecured debts over a period of 36 months); and In re Schmidt, 200

11  B.R. 36, 40 (Bankr. D. Neb. 1996)(substantial abuse indicated where

12  the debtors could pay 25% of their unsecured debts over 36 months).

13      The Court may also consider a debtor's ability to repay creditors

14  over a five year period (See In re Gyurci, 95 B.R. 639 (Bankr. D.

15  Minn. 1989) and In re Peluso, 72 B.R. 732 (Bankr. N.D.N.Y. 1987).

16      Here, the  Debtors are able to repay their unsecured creditors

17  94% of their claims within 34 months.  As such, this case demonstrates

18  substantial abuse and should be dismissed.

19                              **III.**

20                            **CONCLUSION**

21      Based on the Debtors' petition, schedules, and statement of

22  financial affairs, attached declarations and exhibits, this case

23  warrants dismissal.

24                          Respectfully submitted,
                           OFFICE OF THE UNITED STATES TRUSTEE
25

26  Dated: ___1/20/06___        _Michael Hauser_

27                          Michael Hauser
                           Attorney for the United States Trustee

28

**DECLARATION OF MICHAEL HAUSER**

I, Michael Hauser, hereby declare as follows:

1. I am employed as an attorney in the Office of the United States Trustee for the Central District of California with the responsibility of reviewing and monitoring the administration of Chapter 7 cases including the case of In re Blair and Elizabeth Carmichael, case number SA 05-20790-JB. This declaration is filed in support of the above motion.

2. The Debtors filed their voluntary Chapter 7 petition on October 14, 2005. **A true and correct copy of this document is attached hereto at Exhibit "A".** The Debtors filed their schedules and statement of financial affairs ("SOFA") on October 27, 2005. **A true and correct copy is attached hereto at Exhibit "B".**

3. According to Schedule I, the Debtors have net take home pay of $4,939 per month. **See Exhibit "B", Bates stamp page 25.** According to Schedule J, the Debtors have total monthly expenses of $3,991. **See Exhibit "B", Bates stamp page 26.**

4. The Debtors' schedule F lists general unsecured debt in the amount of $62,630. **See Exhibit "B", Bates stamp pages 18-22.** According to the face page of their petition, this debt is consumer in nature. **See Exhibit "A", Bates stamp page 1.** The Debtor's schedule E lists no priority unsecured debt. **See Exhibit "B", Bates stamp page 17.**

5. The Debtor's Schedule J lists monthly recreation expenses in the amount of $680. However, based on the case law set forth above the U.S. Trustee proposes to reduce this expense to $100 per month.

6. On November 30, 2005, Chapter 7 Trustee, Karen Naylor, conducted the section 341(a) meetings of creditors in the case of SA 05-20790-JB. All chapter 7 trustees are required by the U.S. Trustee to digitally record their section 341(a) meetings of creditors. In turn, these digital recordings are kept in the control and custody under lock and key of the Office of the United States Trustee for at least two years from the filing of the bankruptcy case.

7. On January 20, 2006, I personally accessed from the U.S. Trustee archives and listened to the digital recordings of the 341(a) meetings of creditors for November 30, 2005, in bankruptcy case number SA 05-20790-JB. On the digital recording the Debtors' testified that their monthly payment of $100 to MasterCard listed on their Schedule J was for unsecured debt listed on Schedule F.

8. Based on the above proposed reductions in recreation expenses and the elimination of the payment on the MasterCard unsecured debt, the Debtors' modified Schedule J will be $3,311. Thus, the Debtors will have monthly surplus income of $1,628 ($4,939-$3,311) or $58,608 over a three year plan. This would allow for a 94% repayment of the Debtors' Schedule F debt.

The above-stated facts are true and correct to the best of my knowledge and belief. I would testify to same in a court of law under penalty of perjury.

Dated: 1/20/06

Michael Hauser
Michael Hauser

- 9 -

Form B1 (Official Form) - (Rev. 12/03)                                    2003 USBC, Central District of California

| FORM B1 | **United States Bankruptcy Court**<br>**Central District of California Santa Ana Division** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carmichael, Blair R.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Yazunza-Carmichael, Elizabeth** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):  **xxx-xx-6428** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):  **xxx-xx-8737** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**24000 Alicia Parkway, #17-335**<br>**Mission Viejo, CA 92691** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**297 Ogle Street, Unit C**<br>**Costa Mesa, CA 92627** |
| County of Residence or of the<br>Principal Place of Business:  **Orange** | County of Residence or of the<br>Principal Place of Business:  **Orange** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

Venue (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- ☐ This petition is being filed by a corporation or partnership under chapter 11 and the debtor acknowledges that a Venue Disclosure Form is required to be filed by General Order 97-02.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under | | certifying that the debtor is unable to pay fee except in installments. |
| 11 U.S.C. § 1121(e) (Optional) | | Rule 1006(b). See Official Form No. 3. |

Statistical/Administrative Information (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,00<br>$50 million | $50,000,001 to<br> | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | | | ☐ |

FILED

OCT 1 4 2005

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

SA05-20790JB

TR: Naylor

EX. A

( 0001

Form B1 (Official Form 1) Page Two - (Rev 2003 CSR)                                    ral District of California

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Carmichael, Blair R.<br>Yazunza-Carmichael, Elizabeth |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _Blair R. Carmichael_<br>Signature of Debtor **Blair R. Carmichael**<br><br>X _Elizabeth Yzunza - Carmichael_<br>Signature of Joint Debtor **Elizabeth Yazunza-Carmichael**<br>**(949) 223-0163**<br>Telephone and Fax Number (If not represented by attorney)<br><br>_____<br>Date | **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐ Exhibit A is attached and made a part of this petition. |
|---|---|
| | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |
| **Signature of Attorney**<br><br>X _____<br>Signature of Attorney for Debtor(s)<br>**Debtor not represented by attorney**<br>Printed Name of Attorney for Debtor(s)<br><br>_____<br>Firm Name<br><br>_____<br>Address<br><br>_____<br>Telephone and Fax Number<br><br>Date                        Bar Number | **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No |
| | **Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>**Shirley Lee-We The People**<br>Printed Name of Bankruptcy Petition Preparer<br><br>**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**<br>Social Security Number (Required by 11 U.S.C.§ 110(c).)<br><br>**1909 Harbor Blvd.**<br>**Costa Mesa, CA 92627-2666**<br>Address<br>**(949) 574-8880  Fax: (949) 574-8881**<br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X _Shirley Lee_<br>Signature of Bankruptcy Petition Preparer<br><br>_10-15-05_<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156. |

Form B21 (Official Form 21) - (Rev. 12/03)                                    2003 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA SANTA ANA DIVISION

| In re *(set forth here all names including married, maiden, and trade names used by the debtor within last 6 years):* | FOR COURT USE ONLY |
|---|---|
| **Blair R. Carmichael** <br><br> **Elizabeth Yazunza-Carmichael** <br><br><br>                                        Debtor. | |
| Address: <br> **24000 Alicia Parkway, #17-335** <br> **Mission Viejo, CA 92691** | Case No.: <br> Chapter: **7** |
| Last four digits of Social Security Number(s): <br> **xxx-xx-6428 &  xxx-xx-8737** <br> Complete Employer's Tax Identification Number(s) *(if any):* | **STATEMENT OF** <br> **SOCIAL SECURITY NUMBER(S)\*** |

1.      Name of Debtor (enter Last, First, Middle): **Carmichael, Blair, R.**
        *(Check the appropriate box and, if applicable, provide the required information.)*

- ■   Debtor has a Social Security Number and it is:  **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**
        *(If more than one, state all.)*

- ☐   Debtor does not have a Social Security Number.

2.      Name of Joint Debtor (enter Last, First, Middle): **Yazunza-Carmichael, Elizabeth,**
        *(Check the appropriate box and, if applicable, provide the required information.)*

- ■   Joint Debtor has a Social Security Number and it is:  **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**
        *(If more than one, state all.)*

- ☐   Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

*Blair R. Carmichael* (signature)                          *10-13-05*
**Blair R. Carmichael**                                          Date
*Signature of Debtor*

*Elizabeth Yazunza-Carmichael* (signature)                *10/13/05*
**Elizabeth Yazunza-Carmichael**                                Date
*Signature of Joint Debtor*

**\*Joint debtors must provide information for both spouses.**

***Penalty for making a false statement:** Fine of up to $250,000 or up to 5 years imprisonment or both.*
**18 U.S.C. §§ 152 and 3571.**

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Blair R. Carmichael
24000 Alicia Parkway, #17-335
Mission Viejo, CA 92691


Elizabeth Yazunza-Carmichael
297 Ogle Street, Unit C
Costa Mesa, CA 92627


United States Trustee
411 West Fourth Street
Santa Ana, CA 92701


Arrow Financial
P.O. Box 480299
Niles, IL 60714


Asset management Corp.
P.O. Box 2036
Warren, MI 48090-2036


California Business Bureau
1711 S. Mountain Ave.
Monrovia, CA 91016


California Business Bureau
1711 S. Mountain Ave.
Monrovia, CA 91016


Calvary Portfolio Services
7 Skyline Drive, 3rd Floor
Hawthorne, NY 10532

Capital One Bank
4851 Cox Rd. #12038-0460
Glen Allen, VA 23060

Citi Card
P.O. Box 142319
Irving, TX 75014-2319

CMI Group LP
4200 International Parkway
Carrollton, TX 75007

CMRE Financial Services
3350 East Birch Street, #200
Brea, CA 92821

Financial Credit Network
1300 West Main Street
Visalia, CA 93291

Genesis Financial Solutions, Inc.
P.O. Box 4499
Beaverton, OR 97076

JJ MacIntyre
P.O. Box 78150
Corona, CA 92877

Metro Rep. Comm. Srv., Inc.
P.O. Box 1357
Corona, CA 92878

Pacific Monarch Resorts, Inc.
23091 Mill Creek Dr
Laguna Hills, CA 92653

Portfolio Recovery Assoc.
P.O. Box 12914
Norfolk, VA 23541-0914

Professional Collections
P.O. Box 45274
Los Angeles, CA 90045

Professional Collections
P.O. Box 45405
Los Angeles, CA 90045

So. CA Edison
2131 Walnut Grove Ave
Rosemead, CA 91770

The Cadle Company
100 North Center St.
Newton Falls, OH 44444

Vengroff, Williams & Assoc., Inc.
P.O. Box 19715
Irvine, CA 92623

Wells Law Group
20411 S.W. Birch St. #310
Newport Beach, CA 92660

## United States Bankruptcy Court
### Central District of California Santa Ana Division

In re    Shelli Buhr

Case No._____

_____

Debtor(s)

Chapter___7_____

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
## BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Shirley Lee-We The People
Printed or Typed Name of Bankruptcy Petition Preparer

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
Social Security No.

1909 Harbor Blvd.
Costa Mesa, CA 92627-2666

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _10-13-05_
Signature of Bankruptcy Petition Preparer          Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Notice of Available Chapters (Rev. 04/04)                                  2004 USBC, Central District of California

Name:       Blair R. Carmichael and Elizabeth Yazunza-
            Carmichael
Address:    24000 Alicia Parkway #17-335, Mission Viejo,
            CA 92691
Telephone:  (949) 223-0163
Fax:



FILED

OCT 2 7 2005

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

☐ Attorney for Debtor(s)
☒ Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA SANTA ANA DIVISION

| List all names including trade names, used by Debtor(s) within last 6 years:<br><br>Blair R. Carmichael<br>Elizabeth Yazunza-Carmichael | Case No.: 05-20790<br><br><br>### NOTICE OF AVAILABLE CHAPTERS |
| --- | --- |

1.   Section 342(b) of 11 U.S.C. ("The Bankruptcy Code") states:
     "Prior to the commencement of a case under this title by an individual whose debts are primarily consumer debts, the clerk shall give written notice to such individual that indicates each chapter of this title under which such individual may proceed."

2.   You are eligible to file under chapter 7, whereby debts are discharged and your non-exempt assets are liquidated by the trustee for the benefit of your creditors.

3.   You are eligible to file under chapter 11 for debt reorganization upon payment of the additional fee required.

4.   If your noncontingent, liquidated debts are less than $307,675.00 unsecured and $922,975.00 secured (11 U.S.C. § 109(e)), you are also eligible to file under chapter 13 and to use future income to pay all or a portion of your debts.

5.   If you are a family farmer, with a regular annual income, as defined by 11 U.S.C. §§ 101(18),(19), you are eligible to file under chapter 12.

6.   To determine which chapter to file under, it is recommended that you consult an attorney.

                                                              JON D. CERETTO
                                                              Clerk of Court

"I have read the above NOTICE OF AVAILABLE CHAPTERS."

*Blair R. Carmichael*
Signature of Debtor
Blair R. Carmichael

                                                              *10-26-05*
                                                              Date

*Elizabeth Yazunza-Carmichael*
Signature of Joint Debtor (If applicable)
Elizabeth Yazunza-Carmichael

                                                              *10/26/05*
                                                              Date

**If the Court has previously ordered that you may not file bankruptcy for 180 days or any other period, you may not file bankruptcy without prior leave of the Court.**

Ex. "B"

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     None.

2.   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     None.

3.   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     None.

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Dated   _10-26-05_

_Blair R. Carmichael_
**Blair R. Carmichael**
Debtor

_Elizabeth Yazunza-Carmichael_
**Elizabeth Yazunza-Carmichael**
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

# United States Bankruptcy Court
## Central District of California Santa Ana Division

In re    **Blair R. Carmichael,**                        Case No. _____ **05-20790** _____

        **Elizabeth Yazunza-Carmichael**

                              Debtors              Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 10,638.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 20,020.33 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 62,630.53 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,939.18 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,991.00 |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| | | Total Assets | 10,638.00 | | |
| | | | Total Liabilities | 82,650.86 | |

**0010**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL -(800) 492-8037

In re    **Blair R. Carmichael,**                                    Case No. _____**05-20790**_____
        **Elizabeth Yazunza-Carmichael**
Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)    **0011**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Blair R. Carmichael,**                                    Case No. _____ **05-20790** _____
          **Elizabeth Yazunza-Carmichael**
                                    Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | **H** | **500.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account 3522123367 Wells Fargo Bank NA PO Box 6995 Portland, OR** | **H** | **28.00** |
| | | | **Checking account 8256710201 Wells Fargo Bank PO Box 6995 Portland, OR 97228-6995** | **W** | **10.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposits** | **J** | **1,600.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | **J** | **500.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >    **2,638.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

**0012**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Blair R. Carmichael,**        Case No. ____ **05-20790** _____
       **Elizabeth Yazunza-Carmichael**

Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Blair R. Carmichael,**                                    Case No. ____**05-20790**_____
         **Elizabeth Yazunza-Carmichael**

                                    Debtors
                    **SCHEDULE B. PERSONAL PROPERTY**
                            (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Kia Sportage | H | 8,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  | Sub-Total > (Total of this page) | 8,000.00 |
|---|---|---|
|  | Total > | 10,638.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

0014

In re    **Blair R. Carmichael,**                                              Case No.    **05-20790**
         **Elizabeth Yazunza-Carmichael**
                                          Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1): Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day
period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest
is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account 3522123367 Wells Fargo Bank NA PO Box 6995 Portland, OR | C.C.P. § 703.140(b)(5) | 28.00 | 28.00 |
| Checking account 8256710201 Wells Fargo Bank PO Box 6995 Portland, OR 97228-6995 | C.C.P. § 703.140(b)(5) | 10.00 | 10.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Security Deposits | C.C.P. § 703.140(b)(5) | 1,600.00 | 1,600.00 |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishings | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2000 Kia Sportage | C.C.P. § 703.140(b)(2) | 2,975.00 | 8,000.00 |

---

  _0_   continuation sheets attached to Schedule of Property Claimed as Exempt                                    **0015**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6D - (Rev. 12/03)

2003 USBC, Central District of California

In re    **Blair R. Carmichael,**
**Elizabeth Yazunza-Carmichael**

Case No. _____**05-20790**_____

Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of the account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H/W | J | C | | | | | | | |
| Last four digits of Account No.  **1150017531-01**  **Drive Time** **16401 Beach Boulevard** **Huntington Beach, CA 92647** | | H | | | 10/16/02  Auto loan  2000 Kia Sportage  Value $            8,000.00 | | | | **20,020.33** | **12,020.33** |
| Last four digits of Account No. | | | | | Value $ | | | | | |
| Last four digits of Account No. | | | | | Value $ | | | | | |
| Last four digits of Account No. | | | | | Value $ | | | | | |

**0** ___ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **20,020.33** | |
| Total (Report on Summary of Schedules) | **20,020.33** | |

**0016**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6E - (Rev. 04/05)

2003 USBC, Central District of California

In re    **Blair R. Carmichael,**                                    Case No. ____**05-20790**_____
         **Elizabeth Yazunza-Carmichael**

Debtors
## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___**0**___ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F -(Rev. 12/03)

2003 USBC, Central District of California

In re **Blair R. Carmichael,**
**Elizabeth Yazunza-Carmichael**

Case No. _____**05-20790**_____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. **18625149**<br><br>Arrow Financial<br>5996 W Touhy Ave<br>Niles, IL 60714-4610 | | H | 8/05<br>Debt | | | | 545.00 |
| Last four digits of Account No. **19328620**<br><br>Asset Management Corp.<br>P.O. Box 2036<br>Warren, MI 48090-2036 | | H | 8/05<br>Debt | | | | 7,223.39 |
| Last four digits of Account No. **247526401**<br><br>California Business Bureau<br>1711 S. Mountain Ave.<br>Monrovia, CA 91016 | | W | 12/02<br>Debt | | | | 137.00 |
| Last four digits of Account No. **247526402**<br><br>California Business Bureau<br>1711 S. Mountain Ave.<br>Monrovia, CA 91016 | | W | 12/02<br>Debt | | | | 308.00 |

__4__    continuation sheets attached

Subtotal
(Total of this page)

8,213.39

# 0018

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

S/N:22014-050825    Best Case Bankruptcy

Form B6F - Continued (Rev 12/03)

2003 USBC, Central District of California

In re    Blair R. Carmichael,          Case No. ___05-20790___
         Elizabeth Yazunza-Carmichael

                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. 1157101 Calvary Portfolio Services 7 Skyline Drive, 3rd Floor Hawthorne, NY 10532 | | H | 7/05 Collection agency | | | | 10,183.00 |
| Last four digits of Account No. 4121-7416-7587-8610 Capital One Bank 4851 Cox Rd. #12038-0460 Glen Allen, VA 23060 | | H | 8/05 Credit card | | | | 1,268.00 |
| Last four digits of Account No. 5419-3109-3129-6922 Citi Card P.O. Box 142319 Irving, TX 75014-2319 | | H | 9/29/05 Credit card | | | | 2,100.00 |
| Last four digits of Account No. 28761623 CMI Group LP 4200 International Parkway Carrollton, TX 75007 | | W | 7/05 Debt | | | | 294.00 |
| Last four digits of Account No. T710NHR5017703802 CMRE Financial Services 3075 E Imperial Hwy Ste Brea, CA 92821 | | W | 9/03 Debt | | | | 105.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              13,950.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Continued (Rev 12/03)                                    2003 USBC, Central District of California

In re    **Blair R. Carmichael,**                          Case No. ___**05-20790**___
         **Elizabeth Yazunza-Carmichael**
_____
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Last four digits of Account No.  **4950205**<br><br>**Financial Credit Network**<br>**1300 West Main Street**<br>**Visalia, CA 93291** | | W | | 9/22/05<br>Collection agency | | | | 105.04 |
| Last four digits of Account No.  **4777-6708-2022-6804**<br><br>**Genesis Financial Solutions, Inc.**<br>**P.O. Box 4499**<br>**Beaverton, OR 97076** | | W | | 8/05<br>Debt | | | | 1,254.22 |
| Last four digits of Account No.  **12HOA211072986A9**<br><br>**JJ MacIntyre**<br>**P.O. Box 78150**<br>**Corona, CA 92877** | | W | | 2/24/05<br>Debt | | | | 998.33 |
| Last four digits of Account No.  **3270360000353768**<br><br>**Metro Rep. Comm. Srv., Inc.**<br>**P.O. Box 1357**<br>**Corona, CA 92878** | | W | | 5/05<br>Debt | | | | 192.00 |
| Last four digits of Account No.  **15070462**<br><br>**Pacific Monarch Resorts, Inc.**<br>**23091 Mill Creek Dr**<br>**Laguna Hills, CA 92653** | | W | | 5/03<br>Debt | | | | 3,703.00 |

Sheet no. __**2**__ of __**4**__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)        6,252.59

**0020**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Continued (Rev. 12/03)    2003 USBC, Central District of California

In re    **Blair R. Carmichael,**
**Elizabeth Yazunza-Carmichael**

Case No. ___**05-20790**___

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Last four digits of Account No. **60409638** <br><br> **Portfolio Recovery Assoc.** <br> **P.O. Box 12914** <br> **Norfolk, VA 23541-0914** | | H | | | 7/05 <br> Debt | | | | 501.00 |
| Last four digits of Account No. **1812043003249280** <br><br> **Professional Collections** <br> **P.O. Box 45274** <br> **Los Angeles, CA 90045** | | | W | | 11/04 <br> Debt | | | | 902.00 |
| Last four digits of Account No. **1812093002199950** <br><br> **Professional Collections** <br> **P.O. Box 45405** <br> **Los Angeles, CA 90045** | | H | | | 11/04 <br> Debt | | | | 1,017.00 |
| Last four digits of Account No. **21140** <br><br> **So. CA Edison** <br> **2131 Walnut Grove Ave** <br> **Rosemead, CA 91770** | | | W | | 10/04 <br> Utility | | | | 159.00 |
| Last four digits of Account No. **351284** <br><br> **The Cadle Company** <br> **100 North Center St.** <br> **Newton Falls, OH 44444** | | H | | | 6/20/05 <br> Debt | | | | 28,285.41 |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,864.41

**0021**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Continued (Rev 12/03)

2003 USBC, Central District of California

In re    **Blair R. Carmichael,**
       **Elizabeth Yazunza-Carmichael**

Case No. _____ **05-20790** _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. **9083960** <br><br> **Vengroff, Williams & Assoc., Inc.** <br> **P.O. Box 19715** <br> **Irvine, CA 92623** | | H | 6/23/04 <br> **Debt** | | | | 51.35 |
| Last four digits of Account No. **045L00248** <br><br> **Wells Law Group** <br> **20411 S.W. Birch St. #310** <br> **Newport Beach, CA 92660** | | H | 2/25/04 <br> **Debt** | | | | 3,298.79 |
| Last four digits of Account No. | | | | | | | |
| Last four digits of Account No. | | | | | | | |
| Last four digits of Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,350.14**

Total
(Report on Summary of Schedules)    **62,630.53**

**0022**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Blair R. Carmichael,**                                      Case No. _____**05-20790**_____
      **Elizabeth Yazunza-Carmichael**
_____
Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

■Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

  **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

**0023**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **Blair R. Carmichael,**                                    Case No. ____**05-20790**_____
      **Elizabeth Yazunza-Carmichael**
_____
Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

   **0**   continuation sheets attached to Schedule of Codebtors

**0024**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6I
(12/03)

In re   **Blair R. Carmichael**
**Elizabeth Yazunza-Carmichael**                                    Case No.   __05-20790__
_____
Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Daughter**<br>**Daughter** | AGE<br>**17**<br>**18** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Auto Technition** | **Retail Clerk** |
| Name of Employer | **Golden Wrench Automotive** | **Ralphs Grocery** |
| How long employed | **7 Years 2 Months** | **1 Year 3 Months** |
| Address of Employer | **3060 Main Street**<br>**Irvine, CA 92614** | **1150 Irvine Ave**<br>**Newport Beach, CA 92660** |

| | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 3,791.67 | $ 1,308.67 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 3,791.67 | $ 1,308.67 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 112.67 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 48.49 |
| d. Other (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 161.16 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 3,791.67 | $ 1,147.51 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance | | |
| (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | | |
| (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 3,791.67 | $ 1,147.51 |

TOTAL COMBINED MONTHLY INCOME    $ _____4,939.18_____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**0025**

In re **Blair R. Carmichael**
     **Elizabeth Yazunza-Carmichael**        Case No. **05-20790**
                                    Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,600.00 |
| Are real estate taxes included?   Yes ___   No _X_ | | |
| Is property insurance included?   Yes ___   No _X_ | | |
| Utilities:   Electricity and heating fuel | $ | 80.00 |
|     Water and sewer | $ | 0.00 |
|     Telephone | $ | 60.00 |
|     Other   **Internet & Cable TV** | $ | 150.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 480.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 0.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments) | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 680.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ | 0.00 |
|     Life | $ | 0.00 |
|     Health | $ | 0.00 |
|     Auto | $ | 50.00 |
|     Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) _____ | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|     Auto | $ | 440.00 |
|     Other | $ | 0.00 |
|     Other | $ | 0.00 |
|     Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other   **Storage** | $ | 51.00 |
| Other   **Master Card** | $ | 100.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 3,991.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | $ | N/A |
| B.   Total projected monthly expenses | $ | N/A |
| C.   Excess income (A minus B) | $ | N/A |
| D.   Total amount to be paid into plan each _____ | $ | N/A |
|                  (interval) | | |

## United States Bankruptcy Court
### Central District of California Santa Ana Division

In re   **Blair R. Carmichael**
      **Elizabeth Yazunza-Carmichael**      Case No.   **05-20790**

                                   Debtor(s)         Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **17** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _10-26-05_        Signature _Blair R. Carmichael_
                                           **Blair R. Carmichael**
                                           Debtor

Date _10/26/05_        Signature _Elizabeth Yazunza-Carmichael_
                                           **Elizabeth Yazunza-Carmichael**
                                           Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Shirley Lee-We The People**                                 **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**
Printed or Typed Name of Bankruptcy Petition Preparer            Social Security No.
                                                      (Required by 11 U.S.C. § 110(c).)
**1909 Harbor Blvd.**
**Costa Mesa, CA 92627-2666**
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                             _10/26/05_
Signature of Bankruptcy Petition Preparer                                  Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form 7
(12/03)

# United States Bankruptcy Court
## Central District of California Santa Ana Division

In re    **Blair R. Carmichael**
     **Elizabeth Yazunza-Carmichael**                        Case No.    **05-20790**
                                    Debtor(s)            Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$33,000.00** | **2005 Employment/Debtor** |
| **$45,236.00** | **2004 Employment/Debtor** |
| **$43,751.00** | **2003 Employment/Debtor** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                         SOURCE

**3. Payments to creditors**

None ■  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■  b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **04SL00248** | **Eviction** | **Harbor Superior Court Laguna Hills, CA** | **Judgment Against** |
| **05SL03832** | **Summons** | **Harbor Superior Court Laguna Hills, CA** | **Open** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

3

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None □   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **We The People-Costa Mesa** <br> **1909 Harbor Boulevard** <br> **Costa Mesa, CA 92627-2666** | **09/29/05** | **$199.00 Typing Petition** |
| **We The People-USA** <br> **1355 South 4700 West** <br> **Suite 200** <br> **Salt Lake City, UT 84104** | | |

### 10. Other transfers

None ■   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■  a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.
     If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.
     If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

6

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                  ADDRESS                  DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                          DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                          DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY         INVENTORY SUPERVISOR          (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                   NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                             RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST          PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                          NATURE AND PERCENTAGE
NAME AND ADDRESS                      TITLE                  OF STOCK OWNERSHIP

8

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_Shirley Lee-We The People_                      _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_
Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.
                                                   (Required by 11 U.S.C. § 110(c).)

_1909 Harbor Blvd._
_Costa Mesa, CA 92627-2666_
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶                          _10/26/05_
Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# United States Bankruptcy Court
### Central District of California Santa Ana Division

In re:        **Blair R. Carmichael**                                    Case No.___05-20790_____
              **Elizabeth Yazunza-Carmichael**
_____
                                    Debtor(s)                          Chapter_____7_____

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
## BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Samuel C. Hamp -We The People USA, Inc._____
Printed or Typed Name of Bankruptcy Petition Preparer

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_____
Social Security No.

1355 S. 4700 W. Ste. 200 Salt Lake City, UT 84104
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x_____*[signature]*_____                          Date___10/25/05_____

**Signature of Bankruptcy Petition Preparer**

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**0035**

Official Form 8
(12/03)

# United States Bankruptcy Court
## Central District of California Santa Ana Division

In re    Blair R. Carmichael
         Elizabeth Yazunza-Carmichael                                        Case No.   05-20790

                                        Debtor(s)                            Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

    a.  *Property to Be Surrendered.*

    **Description of Property**                    **Creditor's name**
    **-NONE-**

    b.  *Property to Be Retained*                  *[Check any applicable statement.]*

|   | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | 2000 Kia Sportage | Drive Time | | | X |

Date  10-26-05                    Signature  *B. Blair Carmichael*
                                             **Blair R. Carmichael**
                                             Debtor

Date  10/26/05                    Signature  *Elizabeth Yazunza-Carmichael*
                                             **Elizabeth Yazunza-Carmichael**
                                             Joint Debtor

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Shirley Lee-We The People                              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
Printed or Typed Name of Bankruptcy Petition Preparer   Social Security No.
                                                        (Required by 11 U.S.C. § 110(c).)
1909 Harbor Blvd.
Costa Mesa, CA 92627-2666
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X  *Shirley Lee*                                        10/26/05
Signature of Bankruptcy Petition Preparer                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

**0036**

Statement of Assistance of Non-Attorney- Local Rule 103 (Rev.6/9)        1998 USBC, Central District of California

<table>
<tr><td colspan="2" align="center"><b>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</b></td></tr>
<tr><td rowspan="2">In re<br><br>BLAIR R. CARMICHAEL<br>ELIZABETH YAZUNZA-CARMICHAEL<br><br><br>Social Security No.    xxx-xx-6428<br>Social Security No.    xxx-xx-8737</td><td>Case No.  05-20790</td></tr>
<tr><td>Chapter-7<br><br><br><b>STATEMENT OF ASSISTANCE OF<br>NON-ATTORNEY WITH RESPECT TO<br>THE FILING OF THIS PETITION</b></td></tr>
</table>

**DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT THAT FOR ASSISTANCE IN
CONNECTION WITH THE FILING OF THE BANKRUPTCY CASE:**

1.    I paid the sum of $199.00

2.    I still owe the sum of $0.00

3.    I agreed to turn over or give a security interest in the following property: none

4.    The name of the person or the name of the firms that assisted me:
Name: We The People of Costa Mesa
Address: 1909 Harbor Blvd.
            Costa Mesa, CA 92627-2666
Telephone: (949) 574-8880

Name: We The People USA
Address: 1355 S. 4700 W. Ste. 200
            Salt Lake City, UT 84104
Telephone: (801) 933-4525

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Costa Mesa, California

Executed on:    _10-26-05_____
                    Date

*Blair R. Carmichael*
BLAIR R. CARMICHAEL, Debtor

*Elizabeth Yazunza Carmichael*
ELIZABETH YAZUNZA-CARMICHAEL, Joint Debtor

**0037**

# United States Bankruptcy Court
## Central District of California Santa Ana Division

In re  Blair R. Carmichael
      Elizabeth Yazunza-Carmichael

                        Debtor(s)

Case No. 05-20790

Chapter 7

Address:
   24000 Alicia Parkway, #17-335
   Mission Viejo, CA  92691

Social Security No(s).:   xxx-xx-6428
  Joint Debtor:      xxx-xx-8737

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1.   Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For document preparation services, I have agreed to accept .......................................................$      199.00

Prior to the filing of this statement I have received ...............................................................$      199.00

Balance Due ...........................................................................................................................$      0.00

2.   I have prepared or caused to be prepared the following documents (itemize): $199.00 Typing Petition

and provided the following services (itemize): $199.00 Typing Petition

3.   The source of the compensation paid to me was:     _XX_ Debtor    _____ Other (specify)

4.   The source of the compensation to be paid to me is:    _____ Debtor    _____ Other (specify)

5.   The foregoing is a complete statement of any agreement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6.   To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:
      NAME                SOCIAL SECURITY NUMBER

## DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _Shirley Lee_        Date _10/26/05_
Signature

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
Social Security Number

Shirley Lee-We The People
Name (Print)

1909 Harbor Blvd.
Costa Mesa, CA 92627-2666

Address

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines of imprisonment or both.
11 U.S.C. § 110; 18 U.S.C. § 156.

0038

## United States Bankruptcy Court
### Central District of California Santa Ana Division

In re  Blair R. Carmichael
Elizabeth  Yazunza-Carmichael

Debtor(s)

Case No. 05-20790

Chapter 7

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
## BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Shirley Lee-We The People
Printed or Typed Name of Bankruptcy Petition Preparer

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
Social Security No.

1909 Harbor Blvd.
Costa Mesa, CA 92627-2666

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _Shirley Lee_____

Signature of Bankruptcy Petition Preparer

_10/26/05_

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

**0039**

Verification of Creditor Mailing List - (Rev. 12/03)                                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name    Blair R. Carmichae and Elizabeth Yazunza-Carmichael

Address    24000 Alicia Parkway #17-335, Mission Viejo, CA 92691

Telephone    **(949) 223-0163**

☐ Attorney for Debtor(s)
☒ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA SANTA ANA DIVISION | | |
|---|---|---|
| List all names including trade names, used by Debtor(s) within last 6 years:<br>**Blair R. Carmichael**<br>**Elizabeth Yazunza-Carmichael** | Case No. | 05-20790 |
| | Chapter | **7** |
| | | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __3__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _10-26-05_

Blair R. Carmichael,
Signature of Debtor

Date: _10/26/05_

Elizabeth Yazunza-Carmichael
Signature of Debtor

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

Blair R. Carmichael
24000 Alicia Parkway, #17-335
Mission Viejo, CA 92691

Elizabeth Yazunza-Carmichael
297 Ogle Street, Unit C
Costa Mesa, CA 92627

United States Trustee
411 West Fourth Street
Santa Ana, CA 92701

Arrow Financial
5996 W Touhy Ave
Niles, IL 60714-4610

Asset Management Corp.
P.O. Box 2036
Warren, MI 48090-2036

California Business Bureau
1711 S. Mountain Ave.
Monrovia, CA 91016

California Business Bureau
1711 S. Mountain Ave.
Monrovia, CA 91016

Calvary Portfolio Services
7 Skyline Drive, 3rd Floor
Hawthorne, NY 10532

Capital One Bank
4851 Cox Rd. #12038-0460
Glen Allen, VA 23060

Citi Card
P.O. Box 142319
Irving, TX 75014-2319

CMI Group LP
4200 International Parkway
Carrollton, TX 75007

CMRE Financial Services
3075 E Imperial Hwy Ste
Brea, CA 92821

Drive Time
16401 Beach Boulevard
Huntington Beach, CA 92647

Financial Credit Network
1300 West Main Street
Visalia, CA 93291

Genesis Financial Solutions, Inc.
P.O. Box 4499
Beaverton, OR 97076

JJ MacIntyre
P.O. Box 78150
Corona, CA 92877

Metro Rep. Comm. Srv., Inc.
P.O. Box 1357
Corona, CA 92878

Pacific Monarch Resorts, Inc.
23091 Mill Creek Dr
Laguna Hills, CA 92653

Portfolio Recovery Assoc.
P.O. Box 12914
Norfolk, VA 23541-0914

Professional Collections
P.O. Box 45274
Los Angeles, CA 90045

Professional Collections
P.O. Box 45405
Los Angeles, CA 90045

So. CA Edison
2131 Walnut Grove Ave
Rosemead, CA 91770

The Cadle Company
100 North Center St.
Newton Falls, OH 44444

Vengroff, Williams & Assoc., Inc.
P.O. Box 19715
Irvine, CA 92623

0043

Wells Law Group
20411 S.W. Birch St. #310
Newport Beach, CA 92660

1

## CERTIFICATE OF SERVICE

2       I am employed in the County of Orange, State of California, in
the Office of the United States Trustee under the supervision of a

3   member of the bar of this Court at whose direction the service was
made; I am over the age of 18 and not a party to the within action;

4   and my business address is 411 W. Fourth Street, Suite 9041, Santa
Ana, California 92701-8000.

5
        On ___January 20, 2006___, I served the foregoing document

6   described as **NOTICE OF MOTION AND MOTION TO DISMISS CASE UNDER
§707(b) OF THE BANKRUPTCY CODE; POINTS AND AUTHORITIES; DECLARATION**

7   **OF MICHAEL HAUSER** the interested parties at their last known
address in this action by placing a true and correct copy thereof

8   in a sealed envelope with postage thereon in the United States mail
at Santa Ana, California, address as follows:

9
**DEBTORS:**

10  BLAIR CARMICHAEL AND ELIZABETH YAZUNZA-CARMICHAEL
24000 ALICIA PARKWAY, #17-335

11  MISSION VIEJO, CA 92691

12  ELIZABETH YAZUNZA-CARMICHAEL
297 OGLE STREET, UNIT C

13  COSTA MESA, CA 92627

14  **DEBTORS' COUNSEL:**
IN PRO PER

15
**CHAPTER 7 TRUSTEE:**

16  KAREN SUE NAYLOR, ESQ.
PO BOX 504

17  SANTA ANA, CA 92702-0504

18
        I declare under penalty of perjury that the foregoing is true

19  and correct.

20  Dated: _1-2006_                          _____
                                            TARI KING

21                                          Legal Clerk

22

23

24

25

26

27

28