

# Objection Notice

To:  U.S. Trustee's Office, 411 West Fourth Street, Suite 9041,
Santa Ana, Ca 92701

From Debtors:  Blair R. Carmichael
and
Elizabeth Ynzunza-Carmichael

24000 Alicia Parkway # 17-335
Mission Viejo, Ca 92691

Subject:  Objection to Michael Hauser's notice of motion and motion to dismiss case under section 707(b) of the bankruptcy code.

Case:  Bankruptcy No. 8:05-bk-20790-JB Chapter 7

Dated: 2-27-06

Signed:  Respectfully Submitted,

Blair R. Carmichael

x. _[signature]_

Elizabeth Ynzunza-Carmichael

x. _[signature]_

# United States Bankruptcy Court
## Central District Of California

411 West Fourth Street, Suite 2030 Santa Ana, CA 92701-4593

## NOTICE TO CREDITORS

**DEBTOR(S) INFORMATION:**
Blair R Carmichael
**SSN:** xxx-xx-6428
**EIN:** N/A
Elizabeth Yazunza-Carmichael
**SSN:** xxx-xx-8737
24000 Alicia Parkway #17-335
MissionViejo, CA 92691

**BANKRUPTCY NO.** 8:05-bk-20790-JB
**CHAPTER** 7

TO THE CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that a hearing in this case will be held at:

DATE: March 14, 2006 at 10:30 A.M., Courtroom "5B"

LOCATION: Ronald Reagan Federal Bldg & U.S. Courthouse

411 West Fourth Street, Santa Ana, CA 92701

To Consider and Act Upon The Following:

NOTICE OF MOTION AND MOTION TO DISMISS CASE UNDER SECTION 707(b) OF THE

BANKRUPTCY CODE; POINTS AND AUTHORITIES; DECLARATION OF MICHAEL HAUSER;

AND EXHIBITS

Objections, if any, to the above shall be in writing and filed with the Court and served upon the

U.S. Trustee's Office, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701 at least fourteen

(14) days prior to the hearing date. See Local Bankruptcy Rule 9013-1(a)(7) and (11).

Dated: January 27, 2006

For The Court,
Jon D. Ceretto
Clerk of Court

(Form not rev. 5/96) VAN-99

11 / DER

# Debtors Response Statements

Mr. Hauser makes a statement that the debtors have the ability to pay back 94% of their unsecured debt over a three year plan, using $1,628.00 monthly surplus income. Therefore, our case should be dismissed.

Mr. Hauser's conclusions are based on inaccurate information on schedule I, and unreasonable recreational expense reducements on schedule J.

We have modified our schedule I and schedule J to show our true financial status, which will show and prove we have no excess funds to pay back past creditors.

Our schedule I in our bankruptcy petition was not correct. We were given false instructions by our bankruptcy petition preparer, regarding income. We were instructed to give our average monthly income over a three year time span, "not" our current average monthly income. Our current average income is not the same as it once was. We are presenting proof of our current past four months of income with our income pay stubs to reflect this.

Regarding schedule J, Mr. Hauser proposes to A) eliminate $580.00 of our $680.00 recreational expenses and B) eliminate my Master Card monthly payment of $100.00. We will show that our $680.00 monthly expense is not only reasonable, but, we underestimated by $105.00. We do agree with Mr. Hauser's assessment that we can not list our monthly Master Card payment on schedule J because it is already listed on schedule F as an unsecured debt. This is absolutely correct and we have no argument. Our modified schedule J will reflect both corrections.

We are asking the Court to grant our bankruptcy petition. We feel our case does "not" warrant dismissal and today's Court Hearing would have been prevented had I been able to afford an attorney.

Respectfully yours,

Blair R. Carmichael
x. _[signature]_

Elizabeth Ynzunza - Carmichael
x _[signature]_

**Ralphs**   Pay Period   From 09/26/05 To 10/02/05        Pay Date: 10/07/05

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 16.00 | 8.1500 | 130.41 | --Gross Pay-- | 428.83 | 14,182.78 |
| Regular Pay | 20.50 | 9.5000 | 194.75 | Soc Sec W/H | 26.59 | 879.33 |
| Sunday Reg | 3.50 | 9.5000 | 33.25 | Medicare W/H | 6.22 | 205.65 |
| Sunday OT A | 4.50 | 14.2500 | 64.12 | CA Calif SDI | 4.63 | 153.17 |
| Sun Amt Prem | 3.50 | 1.0000 | 3.50 | CA Calif Sta | | |
| NP Before Mi | 5.60 | .5000 | 2.80 | Un RGC Wkly | 11.19 | 444.98 |
| | | | | Un RGC InWK | | 164.99 |
| | | | | Un RGC BaWK | | 12.27 |

FILING STATUS: M   EXEMPTIONS: FEDERAL 7   STATE 7
**ELIZABETH M. YNZUNZA CARM**   Check #: 79414903
TOTAL GROSS   428.83     Emp.#:   1135108
DEDUCTIONS    48.63
NET PAY       380.20

**Ralphs**   Pay Period   From 09/19/05 To 09/25/05        Pay Date: 09/30/05

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 11.90 | 8.1500 | 96.99 | --Gross Pay-- | 353.31 | 13,753.95 |
| Regular Pay | 22.10 | 9.5000 | 209.95 | Soc Sec W/H | 21.90 | 852.74 |
| Sunday Reg | 4.00 | 9.5000 | 38.00 | Medicare W/H | 5.12 | 199.43 |
| 1.5 Overtime | .10 | 12.2250 | 1.22 | CA Calif SDI | 3.81 | 148.54 |
| Sun Amt Prem | 4.00 | 1.0000 | 4.00 | CA Calif Sta | | |
| NP Before Mi | 6.30 | .5000 | 3.15 | Un RGC Wkly | 11.19 | 433.79 |
| | | | | Un RGC InWK | | 164.99 |
| | | | | Un RGC BaWK | | 12.27 |

FILING STATUS: M   EXEMPTIONS: FEDERAL 7   STATE 7
**ELIZABETH M. YNZUNZA CARM**   Check #: 79361701
TOTAL GROSS   353.31     Emp.#:   1135108
DEDUCTIONS    42.02
NET PAY       311.29

**Ralphs**  Pay Period  From 10/17/05 To 10/23/05  Pay Date: 10/28/05

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 6.80 | 8.1500 | 55.42 | --Gross Pay-- | 292.92 | 15,375.86 |
| Regular Pay | 25.00 | 9.5000 | 237.50 | Soc Sec W/H | 18.16 | 953.30 |
| | | | | Medicare W/H | 4.25 | 222.95 |
| | | | | CA Calif SDI | 3.16 | 166.06 |
| | | | | CA Calif Sta | | |
| | | | | Un RGC Wkly | 11.19 | 478.55 |
| | | | | Un RGC InWK | | 164.99 |
| | | | | Un RGC BaWK | | 12.27 |

FILING STATUS: M   EXEMPTIONS: FEDERAL 7   STATE 7
**ELIZABETH M. YNZUNZA CARM**   Check #: 79673680
TOTAL GROSS    292.92   Emp.#: 1135108
DEDUCTIONS      36.76
NET PAY        256.16

---

**Ralphs**  Pay Period  From 10/03/05 To 10/09/05  Pay Date: 10/14/05

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 10.20 | 8.1500 | 83.13 | --Gross Pay-- | 471.31 | 14,654.09 |
| Regular Pay | 29.00 | 9.5000 | 275.50 | Soc Sec W/H | 29.22 | 908.55 |
| Sunday Reg | .80 | 9.5000 | 7.60 | Medicare W/H | 6.83 | 212.48 |
| 1.5 Overtime | 1.00 | 12.2250 | 12.23 | CA Calif SDI | 5.09 | 158.26 |
| Sunday OT A | 6.40 | 14.2500 | 91.20 | CA Calif Sta | | |
| Sun Amt Prem | .80 | 1.0000 | .80 | Un RGC Wkly | 11.19 | 456.17 |
| NP Before Mi | 1.70 | .5000 | .85 | Un RGC InWK | | 164.99 |
| | | | | Un RGC BaWK | | 12.27 |

FILING STATUS: M   EXEMPTIONS: FEDERAL 7   STATE 7
**ELIZABETH M. YNZUNZA CARM**   Check #: 79529408
TOTAL GROSS    471.31   Emp.#: 1135108
DEDUCTIONS      52.33
NET PAY        418.98

**Ralphs**   Pay Period   From 10/31/05 To 11/06/05     Pay Date: 11/10/05

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 39.20 | 8.1500 | 319.49 | --Gross Pay-- | 421.46 | 16,149.34 |
| Sunday Reg | .80 | 8.1500 | 6.52 | Soc Sec W/H | 26.13 | 1,001.26 |
| Sunday OT A | 7.60 | 12.2250 | 92.91 | Medicare W/H | 6.12 | 234.17 |
| Sun Amt Prem | .80 | 1.0000 | .80 | CA Calif SDI | 4.55 | 174.41 |
| NP Before Mi | 3.10 | .5000 | 1.55 | CA Calif Sta | | |
| FLSA OT Adj | | | .19 | Un RGC Wkly | 11.19 | 500.93 |
| | | | | Un RGC InWK | | 164.99 |
| | | | | Un RGC BaWK | | 12.27 |

FILING STATUS: M   EXEMPTIONS: FEDERAL 7   STATE 7

**ELIZABETH M. YNZUNZA CARM**   Check #: 79804463
TOTAL GROSS    421.46    Emp.#:  1135108
DEDUCTIONS      47.99
NET PAY        373.47

---

**Ralphs**   Pay Period   From 10/24/05 To 10/30/05     Pay Date: 11/04/05

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 8.1500 | 97.80 | --Gross Pay-- | 352.02 | 15,727.88 |
| Regular Pay | 20.00 | 9.5000 | 190.00 | Soc Sec W/H | 21.83 | 975.13 |
| Sunday Reg | 6.00 | 9.5000 | 57.00 | Medicare W/H | 5.10 | 228.05 |
| 1.5 Overtime | .10 | 12.2250 | 1.22 | CA Calif SDI | 3.80 | 169.86 |
| Sun Amt Prem | 6.00 | 1.0000 | 6.00 | CA Calif Sta | | |
| | | | | Un RGC Wkly | 11.19 | 489.74 |
| | | | | Un RGC InWK | | 164.99 |
| | | | | Un RGC BaWK | | 12.27 |

FILING STATUS: M   EXEMPTIONS: FEDERAL 7   STATE 7

**ELIZABETH M. YNZUNZA CARM**   Check #: 79726623
TOTAL GROSS    352.02    Emp.#:  1135108
DEDUCTIONS      41.92
NET PAY        310.10

**Ralphs**   Pay Period   From 11/14/05 To 11/20/05   Pay Date: 11/25/05

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 13.90 | 8.1500 | 113.29 | --Gross Pay-- | 411.39 | 17,014.64 |
| Regular Pay | 21.00 | 9.5000 | 199.50 | Soc Sec W/H | 25.51 | 1,054.91 |
| Sunday Reg | 5.10 | 9.5000 | 48.45 | Medicare W/H | 5.96 | 246.71 |
| 1.5 Overtime | .10 | 14.2500 | 1.43 | CA Calif SDI | 4.44 | 183.76 |
| Sunday OT A | 2.90 | 14.2500 | 41.32 | CA Calif Sta | | |
| Sun Amt Prem | 5.10 | 1.0000 | 5.10 | Un RGC Wkly | 11.19 | 523.31 |
| NP Before Mi | 4.60 | .5000 | 2.30 | Un RGC InWK | | 164.99 |
| | | | | Un RGC BaWK | | 12.27 |

FILING STATUS: M   EXEMPTIONS: FEDERAL 7   STATE 7

**ELIZABETH M. YNZUNZA CARM**   Check #: 79977527
TOTAL GROSS   411.39    Emp.#: 1135108
DEDUCTIONS   47.10
NET PAY   364.29

**Ralphs**   Pay Period   From 11/07/05 To 11/13/05   Pay Date: 11/18/05

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 16.40 | 8.1500 | 133.66 | --Gross Pay-- | 453.91 | 16,603.25 |
| Regular Pay | 22.00 | 9.5000 | 209.00 | Soc Sec W/H | 28.14 | 1,029.40 |
| Sunday Reg | 1.60 | 9.5000 | 15.20 | Medicare W/H | 6.58 | 240.75 |
| Sunday OT A | 6.40 | 14.2500 | 91.20 | CA Calif SDI | 4.91 | 179.32 |
| Sun Amt Prem | 1.60 | 1.0000 | 1.60 | CA Calif Sta | | |
| NP Before Mi | 6.50 | .5000 | 3.25 | Un RGC Wkly | 11.19 | 512.12 |
| | | | | Un RGC InWK | | 164.99 |
| | | | | Un RGC BaWK | | 12.27 |

FILING STATUS: M   EXEMPTIONS: FEDERAL 7   STATE 7

**ELIZABETH M. YNZUNZA CARM**   Check #: 79893333
TOTAL GROSS   453.91    Emp.#: 1135108
DEDUCTIONS   50.82
NET PAY   403.09

**Ralphs**  Pay Period  From 11/28/05 To 12/04/05     Pay Date: 12/09/05

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 5.10 | 8.1500 | 41.57 | --Gross Pay-- | 224.12 | 17,702.87 |
| Regular Pay | 19.00 | 9.5000 | 180.50 | Soc Sec W/H | 13.90 | 1,097.58 |
| NP Before Mi | 4.10 | .5000 | 2.05 | Medicare W/H | 3.25 | 256.69 |
| | | | | CA Calif SDI | 2.42 | 191.19 |
| | | | | CA Calif Sta | | |
| | | | | Un RGC Wkly | 11.19 | 545.69 |
| | | | | Un RGC InWK | | 164.99 |
| | | | | Un RGC BaWK | | 12.27 |

FILING STATUS: M   EXEMPTIONS: FEDERAL 7   STATE 7

**ELIZABETH M. YNZUNZA CARM**   Check #: 80125022
TOTAL GROSS   224.12    Emp.#: 1135108
DEDUCTIONS    30.76
NET PAY       193.36


**Ralphs**  Pay Period  From 11/21/05 To 11/27/05     Pay Date: 12/02/05

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 10.00 | 8.1500 | 81.50 | --Gross Pay-- | 464.11 | 17,478.75 |
| Regular Pay | 22.00 | 9.5000 | 209.00 | Soc Sec W/H | 28.77 | 1,083.68 |
| Holiday Reg | 5.00 | 9.5000 | 47.50 | Medicare W/H | 6.73 | 253.44 |
| Hol Ben Pay | 2.40 | 8.1500 | 19.56 | CA Calif SDI | 5.01 | 188.77 |
| Hol Ben Pay | 5.00 | 9.5000 | 47.50 | CA Calif Sta | | |
| Sunday OT A | 4.00 | 14.2500 | 57.00 | Un RGC Wkly | 11.19 | 534.50 |
| NP Before Mi | 4.10 | .5000 | 2.05 | Un RGC InWK | | 164.99 |
| | | | | Un RGC BaWK | | 12.27 |

FILING STATUS: M   EXEMPTIONS: FEDERAL 7   STATE 7

**ELIZABETH M. YNZUNZA CARM**   Check #: 80055976
TOTAL GROSS   464.11    Emp.#: 1135108
DEDUCTIONS    51.70
NET PAY       412.41

**Ralphs**   Pay Period   From 12/19/05 To 12/25/05   Pay Date: 12/30/05

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 8.90 | 8.1500 | 72.54 | --Gross Pay-- | 459.68 | 18,997.84 |
| Regular Pay | 23.10 | 9.5000 | 219.45 | Soc Sec W/H | 28.50 | 1,177.87 |
| Hol Ben Pay | 6.40 | 8.1500 | 52.16 | Medicare W/H | 6.67 | 275.47 |
| 1.5 Overtime | 7.80 | 14.2500 | 111.16 | CA Calif SDI | 4.97 | 205.18 |
| NP Before Mi | 8.60 | .5000 | 4.30 | CA Calif Sta | | |
| LNght Prem P | .10 | .7500 | .07 | Un RGC Wkly | 11.19 | 579.26 |
| | | | | Un RGC InWK | | 164.99 |
| | | | | Un RGC BaWK | | 12.27 |

FILING STATUS: M   EXEMPTIONS: FEDERAL 7   STATE 7

**ELIZABETH M. YNZUNZA CARM**   Check #: 80343426
TOTAL GROSS      459.68    Emp.#:  1135108
DEDUCTIONS        51.33
NET PAY          408.35

---

**Ralphs**   Pay Period   From 12/12/05 To 12/18/05   Pay Date: 12/23/05

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 9.90 | 8.1500 | 80.69 | --Gross Pay-- | 368.69 | 18,538.16 |
| Regular Pay | 30.00 | 9.5000 | 285.00 | Soc Sec W/H | 22.84 | 1,149.37 |
| NP Before Mi | 6.00 | .5000 | 3.00 | Medicare W/H | 5.34 | 268.80 |
| | | | | CA Calif SDI | 3.98 | 200.21 |
| | | | | CA Calif Sta | | |
| | | | | Un RGC Wkly | 11.19 | 568.07 |
| | | | | Un RGC InWK | | 164.99 |
| | | | | Un RGC BaWK | | 12.27 |

FILING STATUS: M   EXEMPTIONS: FEDERAL 7   STATE 7

**ELIZABETH M. YNZUNZA CARM**   Check #: 80250256
TOTAL GROSS      368.69    Emp.#:  1135108
DEDUCTIONS        43.37
NET PAY          325.32

**Ralphs**    Pay Period    From 01/09/06 To 01/15/06        Pay Date: 01/20/06

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 7.90 | 8.5500 | 67.55 | --Gross Pay-- | 235.05 | 722.95 |
| Regular Pay | 10.00 | 10.0000 | 100.00 | Soc Sec W/H | 14.57 | 44.82 |
| Sunday Reg | 6.00 | 10.0000 | 60.00 | Medicare W/H | 3.41 | 10.48 |
| Sun Amt Prem | 6.00 | 1.0000 | 6.00 | CA Calif SDI | 1.88 | 5.78 |
| NP Before Mi | 3.00 | .5000 | 1.50 | CA Calif Sta | | |
| | | | | Un RGC Wkly | 11.19 | 33.57 |

FILING STATUS:  M   EXEMPTIONS: FEDERAL  7   STATE  7
**ELIZABETH M. YNZUNZA CARM**    Check #: 80549036
TOTAL GROSS     235.05      Emp.#:  1135108
DEDUCTIONS       31.05
NET PAY         204.00

---

**Ralphs**    Pay Period    From 12/26/05 To 01/01/06        Pay Date: 01/06/06

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 7.50 | 9.5000 | 71.25 | --Gross Pay-- | 150.35 | 150.35 |
| Sunday Reg | 4.00 | 8.1500 | 32.60 | Soc Sec W/H | 9.32 | 9.32 |
| Sunday Reg | 4.00 | 9.5000 | 38.00 | Medicare W/H | 2.18 | 2.18 |
| Sun Amt Prem | 8.00 | 1.0000 | 8.00 | CA Calif SDI | 1.20 | 1.20 |
| NP Before Mi | 1.00 | .5000 | .50 | Un RGC Wkly | 11.19 | 11.19 |

FILING STATUS:  M   EXEMPTIONS: FEDERAL  7   STATE  7
**ELIZABETH M. YNZUNZA CARM**    Check #: 80433257
TOTAL GROSS     150.35      Emp.#:  1135108
DEDUCTIONS       23.89
NET PAY         126.46

**Ralphs**  Pay Period  From 01/23/06 To 01/29/06  Pay Date: 02/03/06

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 22.50 | 8.5500 | 192.38 | Gross Pay | 270.28 | 1,235.36 |
| Sunday Reg | 8.00 | 8.5500 | 68.40 | Soc Sec W/H | 16.76 | 76.59 |
| Sun Amt Prem | 8.00 | 1.0000 | 8.00 | Medicare W/H | 3.92 | 17.91 |
| NP Before Mi | 3.00 | .5000 | 1.50 | CA Calif SDI | 2.16 | 9.88 |
| | | | | CA Calif Sta | | |
| | | | | Un RGC Wkly | 11.19 | 55.95 |

FILING STATUS: M   EXEMPTIONS: FEDERAL 7   STATE 7

**ELIZABETH M. YNZUNZA CARM**   Check #: 80710414
TOTAL GROSS     270.28      Emp.#:   1135108
DEDUCTIONS       34.03
NET PAY         236.25

---

**Ralphs**  Pay Period  From 01/16/06 To 01/22/06  Pay Date: 01/27/06

| EARNINGS | HOURS | RATE | CURRENT AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| Regular Pay | 21.50 | 8.5500 | 183.83 | Gross Pay | 242.13 | 965.08 |
| Sunday Reg | 6.00 | 8.5500 | 51.30 | Soc Sec W/H | 15.01 | 59.83 |
| Sun Amt Prem | 6.00 | 1.0000 | 6.00 | Medicare W/H | 3.51 | 13.99 |
| NP Before Mi | 2.00 | .5000 | 1.00 | CA Calif SDI | 1.94 | 7.72 |
| | | | | CA Calif Sta | | |
| | | | | Un RGC Wkly | 11.19 | 44.76 |

FILING STATUS: M   EXEMPTIONS: FEDERAL 7   STATE 7

**ELIZABETH M. YNZUNZA CARM**   Check #: 80666941
TOTAL GROSS     242.13      Emp.#:   1135108
DEDUCTIONS       31.65
NET PAY         210.48

**KPRNY INC.**                                                                 2396

BLAIR CARMICHAEL

| Item to be Paid - Description | | Check Number: 2396<br>Check Date: Feb 2, 2006 |
|---|---|---|
| CONSULTANTS (G.W.I.) | | Check Amount: $1,500.00<br>Discount Taken    Amount Paid<br>                  1,500.00 |

---

**KPRNY INC.**                                                                 2359

BLAIR CARMICHAEL

| Item to be Paid - Description | | Check Number: 2359<br>Check Date: Jan 19, 2006 |
|---|---|---|
| INDEPENDENT CONTRACTOR | | Check Amount: $1,375.00<br>Discount Taken    Amount Paid<br>                  1,375.00 |

**KPRNY INC.**  2337

BLAIR CARMICHAEL

| Item to be Paid - Description | | Check Number: 2337 |
| --- | --- | --- |
| INDEPENDENT CONTRACTOR | | Check Date: Jan 5, 2006 |
| | Check Amount: $1,500.00 | |
| | Discount Taken | Amount Paid |
| | | 1,500.00 |

**KPRNY INC.**  2297

BLAIR CARMICHAEL

| Item to be Paid - Description | | Check Number: 2297 |
| --- | --- | --- |
| INDEPENDENT CONTRACTOR | | Check Date: Dec 22, 2005 |
| | Check Amount: $1,500.00 | |
| | Discount Taken | Amount Paid |
| | | 1,500.00 |

**KPRNY INC.**  2259

BLAIR CARMICHAEL

| Item to be Paid - Description | Check Number: 2259 |
| --- | --- |
| INDEPENDENT CONTRACTOR | Check Date: Dec 8, 2005 |
| | Check Amount: $1,500.00 |
| Discount Taken | Amount Paid |
| | 1,500.00 |

**KPRNY INC.**  2230

BLAIR CARMICHAEL

| Item to be Paid - Description | Check Number: 2230 |
| --- | --- |
| GW(I) | Check Date: Nov 24, 2005 |
| (II) | Check Amount: $1,523.50 |
| Discount Taken | Amount Paid |
| | 1,419.25 |
| | 104.25 |

In re  Blair R. Carmichael
       Elizabeth Yazunza-Carmichael
                                            Debtor(s)                    Case No. 05-20790

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP: Daughter, Daughter | AGE: 17, 18 |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Auto Technition | Retail Clerk |
| Name of Employer | Golden Wrench Automotive | Ralphs Grocery |
| How long employed | 7 Years 2 Months | 1 Year 3 Months |
| Address of Employer | 3060 Main Street Irvine, CA 92614 | 1150 Irvine Ave Newport Beach, CA 92660 |

INCOME: (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 2,943.38 | $ 1,399.89 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 2,943.38 | $ 1,399.89 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 122.92 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 44.76 |
| d. Other (Specify) _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 167.68 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2943.38 | $ 1232.21 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 2,943.38 | $ 1232.21 |

TOTAL COMBINED MONTHLY INCOME   $ 4,175.59      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

0025

In re  Blair R. Carmichael
       Elizabeth Yazunza-Carmichael _____  Case No. __05-20790__
                                   Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,600.00 |
| Are real estate taxes included? Yes ___ No _X_ | |
| Is property insurance included? Yes ___ No _X_ | |
| Utilities: Electricity and heating fuel | $ 80.00 |
| Water and sewer | $ 0.00 |
| Telephone | $ 60.00 |
| Other  Internet & Cable TV | $ 150.00 |
| Home maintenance (repairs and upkeep) | $ 0.00 |
| Food | $ 480.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 0.00 |
| Medical and dental expenses | $ 0.00 |
| Transportation (not including car payments) | $ 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 785.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 0.00 |
| Health | $ 0.00 |
| Auto | $ 50.00 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
| Auto | $ 440.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other  Storage | $ 51.00 |
| Other | $ |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3996.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income                                                        $ N/A
B. Total projected monthly expenses                                                     $ N/A
C. Excess income (A minus B)                                                             $ N/A
D. Total amount to be paid into plan each  _____                $ N/A
                                                              (interval)

## Itemized monthly recreational expenses for schedule J

| | |
|---|---|
| 1) Bowling league | $90.00 monthly |
| 2) Grooming costs | $345.00 monthly |

    a) hair $75.00 x 3 = $225.00
    b) nails $40.00 x 3 = $120.00

| | |
|---|---|
| 3) Entertainment costs | $150.00 monthly |

    a) Once a month family dinner + movie $75.00.
    b) Once a year family vacation $75.00 monthly fund.

| | |
|---|---|
| 4) Frivolous spending | $200.00 monthly |

    $50.00 a month per family member
    Family of four

$785.00 monthly Total