ORIGINAL

FILED
MAR 22 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

ENTERED
MAR 22 2006
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

LODGED
MAR 17 2006
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

1  STEVEN J. KATZMAN
   UNITED STATES TRUSTEE
2  **MICHAEL HAUSER (Bar no. 140165)**
   **Attorney for the U.S. Trustee**
3  OFFICE OF THE UNITED STATES TRUSTEE
   RONALD REAGAN FEDERAL BUILDING
4       and U.S. COURTHOUSE
   411 West Fourth Street, Suite 9041
5  Santa Ana, CA  92701-8000
   Telephone: (714) 338-3400
6  Facsimile: (714) 338-3421

              UNITED STATES BANKRUPTCY COURT
              CENTRAL DISTRICT OF CALIFORNIA
                   SANTA ANA DIVISION

In Re:                         )  Chapter 7
                               )
BLAIR CARMICHAEL AND ELIZABETH )  Case No: **SA 05-20790 JB**
YAZUNZA-CARMICHAEL,            )
                               )  ORDER ON UNITED STATES
                               )  TRUSTEE'S MOTION TO DISMISS
                               )  CASE UNDER 11 U.S.C.
                               )  § 707(b) OF THE BANKRUPTCY
                               )  CODE
Debtors                        )
                               )  DATE: **MARCH 14, 2006**
                               )  TIME: **10:30 A.M.**
                               )  CRTM: **"5B"**

   The matter of the United States Trustee's Motion To Dismiss Case under §707(b) of the Bankruptcy Code (the "Motion"), came on for hearing before the Honorable James N. Barr United States Bankruptcy Judge, on March 14, 2006 at 10:30 a.m., in the above entitled Court. Michael Hauser, Esq. appeared on behalf of the United States Trustee. All other appearances are as reflected in the record.

   The Court having considered all of the pleadings on file in this matter and the argument of counsel at the hearing, and good cause having been shown, hereby makes and enters the following order:

//

/

707(b)ORD

1 | **IT IS HEREBY ORDERED THAT** this case is dismissed under §707(b).

2

3 | Dated: __MAR 2 2 2006__

4 | JAMES N. BARR
United States Bankruptcy Judge

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California, in the Office of the United States Trustee under the supervision of a member of the bar of this Court at whose direction the service was made; I am over the age of 18 and not a party to the within action; and my business is 411 West Fourth Street, Suite 9041, Santa Ana, California 92701-8000.

On _March 17, 2006_, I served the foregoing document described as **ORDER ON U.S. TRUSTEE'S MOTION TO DISMISS CASE UNDER 11 U.S.C. §707(b) OF THE BANKRUPTCY CODE** on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully in the United States mail at Santa Ana, California, addressed as follows:

**DEBTORS:**
BLAIR CARMICHAEL AND
ELIZABETH YAZUNZA-CARMICHAEL
24000 ALICIA PARKWAY #17-335
MISSION VIEJO, CA 92691

**DEBTORS' COUNSEL:**
IN PRO PER

**CHAPTER 7 TRUSTEE:**
KAREN SUE NAYLOR, ESQ.
PO BOX 504
SANTA ANA, CA 92704-0504

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: 3/17/06

TARI KING
Legal Clerk

707(b)ORD

-3-

```
 1  STEVEN J. KATZMAN            ORIGINAL
    United States Trustee
 2  **MICHAEL HAUSER (Bar no. 140165)**
    **Attorney for the U.S. Trustee**
 3  OFFICE OF THE UNITED STATES TRUSTEE
    RONALD REAGAN FEDERAL BUILDING
 4      and U.S. COURTHOUSE
    411 West Fourth Street, Suite 9041
 5  Santa Ana, CA  92701-8000
    Telephone: (714) 338-3400
 6  Facsimile: (714) 338-3421
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| **BLAIR CARMICHAEL AND ELIZABETH YAZUNA-CARMICHAEL,** | CASE NO: **SA 05-20790 JB** |
| Debtors | NOTICE OF ENTRY OF JUDGMENT ORDER AND CERTIFICATE OF MAILING |

TO:
OFFICE OF THE U.S. TRUSTEE
411 West Fourth Street, #9041
Santa Ana, CA 92701

BLAIR CARMICHAEL AND
ELIZABETH YAZUNZA-CARMICHAEL
24000 ALICIA PARKWAY #17-335
MISSION VIEJO, CA 92691

KAREN SUE NAYLOR, ESQ.
PO BOX 504
SANTA ANA, CA 92702-0504

You are hereby notified, pursuant to Bankruptcy Rule 7055 and 9022 that a judgment* or order entitled **ORDER ON U.S. TRUSTEE'S MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b) OF THE BANKRUPTCY CODE** was entered on _____MAR 2 2 2006_____.

  I hereby certify that I mailed a copy of this notice and a true copy of the Order or Judgment to the above-name persons on _____MAR 2 2 2006_____.

Dated: __MAR 2 2 2006__        JON D. CERETTO
                               CLERK OF THE BANKRUPTCY COURT
                               By: _/s/_____
                                   Deputy Clerk

*If a judgment is by default, then a copy of the judgment must be attached to this notice.

707(b)ORD                      -4-